IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RIVER BAY CORPORATION                                              PLAINTIFF

V.                                                          CAUSE NO. 4:09CV077-P-S

STERICYCLE, INC., 3CI COMPLETE COMPLIANCE
CORPORATION, CHARLES CROCHET, CURTIS CRANE,
JOHN DOES a through z                                             DEFENDANTS

## ORDER

This matter is before the court on the *ore tenus* motion of the parties to amend the case management order. After considering the recent extension of the trial date in this case, the court finds that the following extensions shall be GRANTED:

- Discovery deadline: February 1, 2011; and
- Motions deadline: February 17, 2011

SO ORDERED, this the 17th day of August 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE