IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RIVER BAY CORPORATION                                            PLAINTIFF

V.                                                                CAUSE NO. 4:09CV077-P-S

STERICYCLE, INC., 3CI COMPLETE COMPLIANCE
CORPORATION, CHARLES CROCHET, CURTIS CRANE,
JOHN DOES a through z                                             DEFENDANTS

## ORDER

This matter is before the court on the *ore tenus* motion of the parties to amend the case management order. After considering the recent extension of the trial date and other extensions in this case, the court finds that the following extensions shall be GRANTED:

- Plaintiff's designation of experts deadline: November 15, 2010; and
- Defendant's designation of experts deadline: December 15, 2010

SO ORDERED, this the 19th day of August 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE